JPML FORM 1A                          DOCKET ENTRIES

                   JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 325 -- IN RE WYETH (PET) PATENT LITIGATION

| Date | No. Code | |
|------|----------|---|
| 11/21/77 | 1 | MOTION, BRIEF, SCHEDULE OF CASES , AFFIDAVIT OF JOSEPH M. FITZPATRICK, CERTIFICATE OF SERVICE -- Plaintiff/defendant E. I. du Pont de Nemours and Company.<br>SUGGESTED TRANSFEREE DISTRICT:  DISTRICT OF DELAWARE<br>SUGGESTED TRANSFEREE JUDGE:                (ea) |
| 11/30/77 | | REQUEST FOR EXTENSION OF TIME -- Owens-Illinois, Inc. and Continental Group, Inc. -- GRANTED to ALL until January 6, 1978    (cds) |
| 12/1/77 | | REQUEST FOR EXTENSION OF TIME -- PepsiCo Inc. -- Previously Granted(cds) |
| 12/5/77 | | REQUEST FOR EXTENSION OF TIME -- Hoover Ball and Bearing Co., Inc. GRANTED TO ALL to and including January 6, 1978. (ea) |
| 12/5/77 | | APPEARANCES --    JOSEPH M. FITZPATRICK, Esquire for E.I. DuPOnt De Nemours and Co.<br>DOUGLAS E. PECK, ESQ. for Hoover Ball and Bearing Co.<br>JOSEPH J. JOYCE, ESQ. for Pepsico<br>ARTHUR RAISCH, ESQ. for Owens-Illinois, Inc. and The Continental Group, Inc. |
| 12/20/77 | | REQUEST FOR  EXTENSION OF TIME -- Pepsico, Inc. -- DENIED (related correspondence from all counsel attached)          (cds) |
| 12/27/77 | | LETTER -- Counsel for E I. DuPont de Nemours & Co. w/copy of dismissal re Hoover Ball and Bearing Co. (A-2) |
| 12/29/77 | | HEARING ORDER -- Setting A-1 and A-2 for hearing -- Jan. 27, 1978 Miami, Florida |
| 1/6/78 | 2 | RESPONSE AND BRIEF -- Owens-Illinois, Inc. & Continental Group, Inc. -- w/cert. of service and CONFIDENTIAL EXHIBITS 1 through 23      (cds) |
| 1/6/78 | 3 | RESPONSE -- PEPSICO, INC. w/ cert. of service |
| 1/11/78 | 4 | REPLY -- E.I. DuPont de Nemours & Co. w/cert. of service with supplemental motion to add  B-1 E.I. duPont de Nemours & Co. v. Pepsi Cola Metropolitan Bottling Co., Inc., E.D.Pa., C.A. No. 78-99 w/cert. of service |
| 1/12/78 | | ORDER REGARDING CONFIDENTIAL MATERIALS -- Notified counsel and judges.(ea |
| 1/20/78 | 5 | SUPPLEMENTAL BRIEF -- PepsiCo, Inc. -- w/cert. of service (cds) |
| 1/27/78 | | COMMENTS OF PEPSI-COLA COMPANY (DIVISION OF PEPSICO, INC.) on the Draft Environmental Impact Statement Plastic Bottles For Carbonated Beverages and Beer.  Filed in open court on 1/27/78 in Miami, Fla.  (ea) |
| 1/27/88 | | EXHIBIT- Filed in Open Court -- Dupont. (ea). |
| 3/2/78 | | OPINION AND ORDER -- Denying transfer of litigation. (emh) |

DOCKET NO. ___325___ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE WYETH (PET) PATENT LITIGATION

| Summary of Panel Actions |
|---|

Date(s) of Hearing(s)  __1/27/78__ _____ _____ _____

Consolidation Ordered _____ _____ Consolidation Denied __3/2/78__

Opinion and/or Order __3/2/78__ _____ _____ _____

Citation __445 F.Supp. 992__ _____ _____ _____

Transferee District _____ Transferee Judge _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Owens-Illinois, Inc. and The Continental Group, Inc. v. E.I. du Pont de Nemours & Co. | N.D.OH. Walinski | C-77-39 | | | | 3/2/78 |
| A-2 | E.I. du Pont de Nemours & Co. v. PepsiCo, Inc. ~~& Hoover Bell and Bearing Co., Inc.~~ | D.DEL. Latchum | 77-450 | | | | 3/2/78 |
| B-1 | E.I. Du Pont de Nemours & Co. v. Pepsi-Cola Metropolitan Bottling Co., Inc. | E.D.Pa. Weiner | 78-99 | | | | 3/2/78 Amend Motion 1/11/78 |

Files retained in paper

pdh - 4/26/79

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.  325  --  IN RE WYETH (PET) PATENT LITIGATION

OWENS-ILLINOIS, INC.
THE CONTINENTAL GROUP, INC.   (A-1)
Arthur Raisch, Esquire
Barnes, Kisselle, Raisch & Choate
1520 Ford Building
Detroit, Michigan  48226

PEPSICO, INC.
Platon N. Mandros, Esq.
Burns, Doane, Swecker & Mathis
George Mason Building
Washington & Prince Streets
Alexandria, Virginia 22313

HOOVER BALL AND BEARING CO.
Douglas E. Peck, Esquire
Hoover Ball and Bearing Co.
135 E. Bennett Street
Saline, Michigan  48176

E. I. DUPONT de NEMOURS AND CO.(A-2)
Joseph M. Fitzpatrick, Esquire
Fitzpatrick, Cella, Harper & Scinto
277 Park Avenue
New York, New York  10017

PEPSI- COLA METROPOLITAN BOTTLING CO.
Mr. Darrell L. Agee, President
Pepsi-Cola Metropolitan Bottling Co.
Anderson Hill Road
Purchase, New York  10577

JPML FORM 3

p. ___1___

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 325 -- IN RE WYETH (PET) PATENT LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| E. I. du Pont de Nemours & Co. | A-1 |
| PepsiCo, Inc. | A-2 |
| Hoover Ball & Bearing Co., Inc. *Maplewood* | A-2 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |